Probation Form No. 35
(1/92)

<u>Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date</u>

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 11-CR-175-01-SM

Lawrence Garrett

On February 6, 2006, the above named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Lawrence Garrett be discharged from Supervised Release.

Respectfully submitted,

*/s/ Karin M. Hess*

Karin M. Hess
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  23rd  day of  January , 20 12 .

/s/ Steven J. McAuliffe
Honorable Steven J. McAuliffe
U.S. District Judge